# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW J. MORTENSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YAHOO! INC.,<br><br>　　　　　Defendant. | Case No. 5:16-cv-07182 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Ko to determine whether it is related to 5:16-md-02617 LHK, In Re: Yahoo! Inc. Customer Data Security Breach Litigation.

IT IS SO ORDERED.

Date:  December 19, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge